OPINION — AG — ** URBAN RENEWAL LAW ** THOSE PROVISIONS OF THE URBAN RENEWAL LAW, PURPORTING TO AUTHORIZE A CITY TO MORTGAGE, PLEDGE, HYPOTHECATE, OR OTHERWISE ENCUMBER ITS REAL PROPERTY, OR TO PLEDGE OR GIVE LIENS ON ITS RENTS, FEES, GRANTS OR REVENUES, ARE INVALID; BUT THAT THE OTHER PROVISIONS OF SAID ACT MAY BE CONSTITUTIONALITY CONTRUED AND APPLIED. CITE: 11 O.S. 1483 [11-1483], 11 O.S. 1486 [11-1486], ARTICLE X, SECTION 17, ARTICLE X, SECTION 26, ARTICLE X, SECTION 27 (RICHARD M. HUFF)